UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JONES, SR., | 1: 05 CV F- 0596 OWW DLB P |
| Plaintiff, | ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND |
| v. | |
| COLETTI, et.al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983. Pending before the Court is Plaintiff's complaint filed May 3, 2005. The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    Coletti

    Dannelly

    M. Stancliff

    B. Wonderly

    A. McDaniel

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summons, an

instruction sheet and a copy of the complaint filed May 3, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Five (5) copies of the endorsed complaint filed May 3, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   June 15, 2005**                              /s/ Dennis L. Beck
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE