UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED JONES, SR., | ) | CV F- 05-0596 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO CLARIFY ACTION |
| v. | ) | |
| COLETTI, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983. On June 16, 2005, the Court found that plaintiff's complaint filed May 3, 2005 appeared to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). The Court ordered that was appropriate for defendants Coletti, Dannelly, M. Stancliff, B. Wonderly and A. McDaniel. The Court also directed plaintiff to submit the documents required for service. On June 24, 2005, plaintiff submitted the required documents for service, however, he also submitted a second amended complaint wherein he names additional defendants, namely, the District Attorney for the County of Kern and two (2) deputy district attorneys. The Court now requires clarification regarding whether plaintiff wishes to proceed with the original complaint which the court has deemed suitable for service or the amended complaint, which includes defendants which appear to be immune from suit. *See Imbler v. Pachtman*, 424 U.S. 409, 427, 430-31 [state

1 prosecutors are entitled to absolute immunity for acts taken in their official capacity].

2      Accordingly, within ten (10) days of this order, plaintiff shall advise the Court whether he
3 wishes to proceed with his original complaint or his amended complaint. If plaintiff chooses to
4 proceed with his amended complaint, the Court will screen the amended complaint pursuant to 28
5 U.S.C. § 1915A.

7     IT IS SO ORDERED.

8     **Dated:   January 6, 2006**                    **/s/ Dennis L. Beck**
   3c0hj8                                            UNITED STATES MAGISTRATE JUDGE