UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JONES, SR., ) | CV F- 05-0596 OWW DLB P |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR RECONSIDERATION |
| v. ) | [DOC # 9] |
| ) | |
| COLETTI, et.al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

     Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983.  On June 1, 2005, this Court granted plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The Court also issued an order directing that monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account be sent to the Clerk of the Court each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

     On June 14, 2005, plaintiff filed  a motion for reconsideration of the order directing monthly payments from plaintiff's trust account.  Plaintiff objects to the monthly payments from his trust account.

     When a prisoner is granted leave to proceed in forma pauperis, the prisoner is required to pay

the statutory filing fee of $250.00 for this action.[1]  28 U.S.C. § 1915(b)(1).  The Court determined that plaintiff had been without funds for six months and therefore the court did not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  However, plaintiff is still obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The Magistrate's order directing monthly payments from plaintiff's trust account was not "clearly erroneous or contrary to law."  Local Rule 72-303(f).  Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                           /s/ Oliver W. Wanger
emm0d6                                                     UNITED STATES DISTRICT JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00.  See 28 U.S.C. § 1914(a).