IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:05-cv-00596-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| COLETTI, et al, | (DOCUMENT #26) |
| Defendants. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 15, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE