UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FREDERICK JONES, SR.,<br><br>         Plaintiff,<br><br>   v.<br><br>COLETTI, et.al.,<br><br>         Defendants. | CASE No.: 1:05-cv-00596 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER |

      Plaintiff Frederick Jones Sr, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On April 11, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining an extension of time, plaintiff filed an objection on May 28, 2008.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     The Findings and Recommendations, filed April 11, 2008, is adopted in full; and

1          2.     This action is dismissed for plaintiff's failure to obey a court order.

2  IT IS SO ORDERED.

3  **Dated:    July 7, 2008**                              **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE